```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                   :
MAXIMILIANO ZAPATA,                   :

                                  Plaintiff,   :              1:23-cv-7090-GHW

                     -against-                     :                 ORDER

LOCUST COVE MAGEMENT LLC, *et al.*,   :

                                Defendants.  :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On September 1, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge and to submit either an executed consent form or a joint letter no later than September 15, 2023. Dkt. No. 9. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's September 1, 2023 order forthwith, and in no event later than September 22, 2023.

       SO ORDERED.

Dated:  September 18, 2023
New York, New York
                                                           GREGORY H. WOODS
                                                 United States District Judge