```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
           :
MAXIMILIANO ZAPATA,           :
           :
          Plaintiff, :
           :
    -v-            :    1:23-cv-7090-GHW
           :
LOCUST COVE MANAGEMENT LLC, *et al.*, :
           :      ORDER
          Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On December 27, 2023, the Court was advised that the parties had reached a settlement. Dkt. No. 27. On December 28, 2023, the Court entered an order directing the parties to either (1) seek judicial approval and order of dismissal of settlement claims with prejudice under Rule 41(a)(2); (2) stipulate to dismissal without prejudice under Rule 41(a)(1)(A); or (3) submit an executed Rule 68 offer and acceptance. Dkt. No. 14. The Court ordered the parties to proceed with one of these pathways by making the required submission no later than January 10, 2024.

       The parties have not made the required submission to proceed with any of the three pathways. The parties are directed to comply with the Court's December 28, 2023 order forthwith, and in any event, no later than January 17, 2024.

       SO ORDERED.

Dated: January 11, 2024
        New York, New York

                                                       _____
                                                             GREGORY H. WOODS
                                                           United States District Judge