USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAXIMILIANO ZAPATA,

               Plaintiff,

  -against-

LOCUST COVE MANAGEMENT LLC, and JOE DOE,

               Defendants.

Case No. 1:23-cv-07090-GHW

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Locust Cove Management LLC and Joe Doe, by and through its counsel, has offered to allow judgment be entered against them in this action, in favor of Maximiliano Zapata, in the sum of Twelve-Thousand Dollars ($12,000.00) which will fully and finally resolve all of Plaintiff's claims for relief against the above named Defendants, including without limitation to, claims for unpaid wages, overtime, violation of the Fair Labor Standards Act, New York Labor Law, liquidated damages, statutory damages, punitive damages, emotional damages, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of otherwise related to the allegations which were asserted in this action, could have been asserted in this action, or are in any way related to Plaintiff's employment by Defendants. This judgment shall constitute full satisfaction and in complete relief of all federal, state, and local law claims or rights that Plaintiff may have to damages in this action, in accordance with the terms and conditions of

Defendants' Rule 68 Offer of Judgment dated January 11, 2024, and filed as Exhibit A to ECF 16.

SO ORDERED.

Dated: January 11, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge